**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SAMUEL GARCIA and<br>ELIZABETH GARCIA<br><br>Plaintiff,<br><br>VS.<br><br>SCOTTSDALE INSURANCE<br>COMPANY<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br>CIVIL ACTION NO. 3:16-cv-02059-D |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, Samuel Garcia and Elizabeth Garcia (hereinafter referred to as "Plaintiffs"), and Defendant Scottsdale Insurance Company ("Defendant"), hereby give notice of their Joint Stipulation of Dismissal with prejudice of all claims asserted by Plaintiffs herein against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1), and would respectfully show the Court as follows:

Plaintiffs initiated this action by filing certain claims against Defendant as reflected by the pleadings on file herein. Defendant has appeared in the suit. Plaintiffs and Defendant stipulate the claims of Plaintiffs against Defendant are hereby voluntarily dismissed with prejudice. Plaintiffs no longer desire to pursue this case against Defendant and seeks to dismiss their claims against Defendant Scottsdale Insurance Company with prejudice to re-filing same.

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs and Defendant desire a Stipulation of Dismissal be entered by this Court, with prejudice, with respect to all of Plaintiffs' claims against Defendant Scottsdale Insurance Company, it being the intent of the parties to fully

dismiss Defendant Scottsdale Insurance Company from these proceedings with each party bearing their own costs. The parties acknowledge this voluntary dismissal by stipulation is effective upon filing.

**WHEREFORE PREMISES CONSIDERED**, Plaintiffs Samuel Garcia and Elizabeth Garcia and Defendant Scottsdale Insurance Company request that a Stipulation of Dismissal with prejudice be entered for all claims of the Plaintiffs against Defendant Scottsdale Insurance Company.

Respectfully submitted,

**THE FELL LAW FIRM**

 /s/ Gregory Fell
GREGORY B. FELL - 00790670
gfell@felllawfirm.com
3021 E. Renner Rd., Suite 140
Richardson, Texas 75082
(972) 488-8177 – phone
(972) 664-0470 – fax
**ATTORNEY FOR PLAINTIFFS**

**WALTERS, BALIDO AND CRAIN LLP**

/s/ Randall G. Walters
RANDALL G. WALTERS
Texas Bar No. 20819480
10440 N. Central Expressway, 15th floor
Dallas, Texas 75231
Ph: 214.749.4805
Fax: 214.347.8381
Email: randy.walters@wbclawfirm.com
**ATTORNEY FOR DEFENDANT**